HAIGHT BROWN & BONESTEEL LLP
PETER A. DUBRAWSKI – SBN 65677
pdubrawski@hbblaw.com
KEITH M. ROZANSKI – SBN 232330
korzanski@hbblaw.com
555 South Flower Street, 45th Floor
Los Angeles, CA 90071
Telephone: 213.542.8055
Facsimile: 213.5423.8100

TUCKER ELLIS LLP
JEFFREY A. HEALY – PRO HAC VICE
jeffrey.healy@tuckerellis.com
950 Main Street, Suite 1100
Cleveland, OH 44113
Telephone: 216.592.5000
Facsimile: 216.592.5009

TUCKER ELLIS LLP
PEGGY S. DOYLE SBN – 176483
peggy.doyle@tuckerellis.com
One Market Plaza
Steuart Tower, Suite 700
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409

Attorneys for Defendant
TEXTRON INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON LEGHART, an individual,<br><br>             Plaintiff,<br><br>v.<br><br>TEXTRON INC., a Delaware corporation; E-Z-GO GOLF CARS, a Textron company; and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No. 3:14-CV-01226-BAS-JMA<br><br>**DEFENDANT TEXTRON INC.'S: NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON PUNITIVE DAMAGES**<br><br>Hearing Date:<br>Time              10:30 a.m.<br>Courtroom:   4B<br>Judge             Cynthia Ann Bashant<br>Trial Date:     July 5, 2016<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO: **PLAINTIFF SHANNON LEGHART AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at 10:30 a.m. on a date to be determined by the Court, or as soon thereafter as the matter may be heard before the Honorable Cynthia Ann Bashant in Courtroom 4B of the United States District Court, Southern District of California, located at 221 West Broadway, San Diego, California, defendant Textron Inc. ("Textron") will and hereby does move the Court for an order granting partial judgment in its favor and against Plaintiff Shannon Leghart on Plaintiff's claim for punitive damages set forth in the Complaint For Compensatory and Punitive Damages filed on April 10, 2014.

The Motion, made pursuant to Rule 56 of the Federal Rules of Civil Procedure and case law interpreting that rule, will be made on the grounds that Plaintiff has no clear and convincing evidence that Textron acted with the malice, oppression, or fraud required to award of punitive damages under California Civil Code section 3294 and case law interpreting that section.

The Motion will be based on this Notice; the Joint Memorandum of Points and Authorities and Joint Declaration of Jeffrey A. Healy, including exhibits thereto, filed and served herewith; the records and files herein; and on such additional evidence and argument as may be presented at the time of hearing.

DATED: January 8, 2016        TUCKER ELLIS LLP

By: _____
Peggy S. Doyle
Attorneys for Defendant
TEXTRON INC.